U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| The Trustees of the Chicago Regional Council of Carpenters pension Fund, Chicago Regional Council of carpenters Welfare Fund et al. <br> v. <br> Brand Xperience LLC d/b/a Morrison Communication Co. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

07CV6313
JUDGE COAR
MAG. JUDGE BROWN

| NAME (Type or print) |
|---|
| Karl E. Masters |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Whitfield, McGann & Ketterman |

| STREET ADDRESS |
|---|
| 111 East Wacker Drive, Suite 2600 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60601 |

FILED
NOV - 7 2007
NOV 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277980 | (312) 251-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐