UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Trustees of the Chicago Regional Council of Carpenters
Pension Fund, The, et al.

                        Plaintiff,

v.                                              Case No.:
                                                      1:07−cv−06313

                                                      Honorable David
                                                      H. Coar

Brand Xperience LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge David H. Coar :Status hearing set for 1/29/2008 is stricken and no one should appear on 1/29/2008.Status hearing reset for 2/7/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.