# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit
# A

**Exhibit  A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

The Trustees of the Chicago Regional Council
of Carpenters Pension Fund et al.,

V.

Brand Xperience LLC d/b/a Morrison
Communication Co.,

CASE **07CV6313**

ASSIGNED JUDGE: **JUDGE COAR**

DESIGNATED **MAG. JUDGE BROWN**

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

*Brand Xperience LLC d/b/a Morrison commun. Co.,*

James Maksymiu, Registered Agent
Morrison Communication Company
1000 Thorndale Avenue
Elk Grove Village, IL  60007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl E. Masters
Whitfield, McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**NOV - 7 2007**

DATE

| | |
|---|---|
| **ClientCaseID:** KARL | **CaseReturnDate:** 12/7/07 |
| **Law Firm ID:** WHITFIEL | **Affidavit of Special Process Server** |



\* 1 6 8 7 1 8 A \*

# UNITED STATES DISTRICT COURT

Case Number **07C6313**

I, **BARNETT S. KOLTON**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **BRAND XPERIENCE LLC DBA MORRISON COMMUNICATION CO**
PERSON SERVED **JAMES MAKSYMIU, REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **11/29/07**

That the sex, race and approximate age of the person whom I left the    **SUMMONS AND COMPLAINT**
are as follow:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sex** MALE | **Race** WHITE | **Age** 41 | | |
| **Height** 6' 1" | **Build** MEDIUM | **Hair** BROWN | | |

LOCATION OF SERVICE    **995 HUNTER CT**
**DEERFIELD, IL, 60015**

Date Of Service    **11/29/07**        Time of Service    **5:50 PM**

*Barnett S. Kolton*

BARNETT S. KOLTON                    11/30/2007

**Special Process Server**
P.E.R.C.#129-170762

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Barnett S. Kolton*

# Exhibit
# B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6313 |
| | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | |
| BRAND XPERIENCE LLC d/b/a MORRISON COMMUNICATION CO. | ) ) | |
| | ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.     I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.     The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.     Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.     The Defendant submitted the contribution reports for the period September 2007 through October 2007 but did not pay the contributions.  The reports show that $3,009.86 is owed in ERISA contributions.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $160.96 for the period September 2007 through October 2007.

6.     Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages.  The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month.  The amount of liquidated damages owed is $1,026.73 for the period March 2007 through October 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:        January 31, 2008

Signature:   _____

8684  MORRISON COMMUNICATION COMPANY
1480 INDUSTRIAL DR
UNIT B
ITASCA      IL 60143

| | FRINGES | DUES | LD'S |
|---|---|---|---|
| Mar-07 | $0.00 | $0.00 | $100.47 |
| Apr-07 | $0.00 | $0.00 | $100.42 |
| May-07 | $0.00 | $0.00 | $142.57 |
| Jun-07 | $0.00 | $0.00 | $217.63 |
| Jul-07 | $0.00 | $0.00 | $172.86 |
| Aug-07 | $0.00 | $0.00 | $167.56 |
| Sep-07 | $2,258.69 | $121.37 | $102.55 |
| Oct-07 | $751.17 | $39.59 | $22.67 |
| | | | |
| TOTAL | $3,009.86 | $160.96 | $1,026.73 |
| | | | |
| TOTAL AMOUNT DUE | | $4,197.55 | |

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## Combined Fringe Benefit Funds and Dues Checkoff Report
Fringe Benefits: 312/787-9455, Option 5. Regional Council: 312/787-3076

|  | |
|---|---|
| H & W | .6.970 |
| Appren | .220 |
| Mill Pen | 3.020 |
| CCWA | .010 |

## SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH   ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME   ☐ SEND MORE FORMS

758 402

**DUE BY 10/15/2007**

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

.DUES CHECKOFF IS CURRENTLY 2 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Morrison Communication Company
1480 Industrial Dr Unit B
Itasca IL 60143-1848

Month of SEPTEMBER 2007

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 072757353 | IREY ROBERT | 1027-JNYK | X | 88 104 | 104 | 2551.12 | 51.02 |
| 011991056 | JAMBORSKI WLODZIMIE | 1027-JNYK | X | 101 117 | 117 | 3517.60 | 70.35 |

**REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!**

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of this firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

NOV 9 1 2007

By _____ PRESIDENT

Total this month: 189 221 $6068.72 121.37

(1) Amount due at $ 10.220 per hour  $ 2258.62

+ (2) Total dues withheld  121.37

= Subtotal  $ 2379.99

Prior Balance Due or (Cr. Available)  $

Grand Total  $ 2379.99

REPORT MUST BE SIGNED ▶

AUTHORIZED SIGNATURE _____

TITLE VP Operations

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO
CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

CC-202-R 7/0

Fringe Benefits: 312/787-9455, Option 5, Regional Council: 312/787-3076

| | | |
|---|---|---|
| E & W | 6.970 |
| Appren. | .220 |
| Mill Pen | 3.020 |
| CCWA | .010 |

## SEE INSTRUCTIONS ON REVERSE

☐ EMPLOYEES THIS MONTH    ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME    ☐ SEND MORE FORMS

758403

NO CHK

**DUE BY 11/15/2007**

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

*DUES CHECKOFF IS CURRENTLY 2 % OF EACH *EMPLOYEES MONTHLY GROSS WAGES

Morrison Communication Company
1480 Industrial Dr Unit B
Itasca IL 60143-1848

Month of    OCTOBER 2007

**MUST BE SHOWN!    WATCH SPELLING!    PLEASE PRINT!**

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours - Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 072757353 | IREY ROBERT W | 1027-JNYX | | 37.5 | 37.5 | 919.88 | 18.40 |
| 011991056 | JAMBORSKI WLODZIMIE | 1027-JNYX | | 36 | 36 | 1059.70 | 21.19 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!**

| | | | | |
|---|---|---|---|---|
| Total this month. | 73.5 | 73.5 | $ 1979.58 | 39.59 |
| (1) Amount due at $ 10.220 per hour | $ 751.17 | | | |
| (2) Total dues withheld | $ 39.59 | | | |
| = Subtotal | $ 790.76 | | | |
| Prior Balance Due for (Cr. Available) | $ | | | |
| Grand Total | $ 790.76 | | | |

2 790.75

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE.

We certify the above is a true and complete report of all laborers worked by foremen, journeymen, and apprentice carpenters and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO
CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

REPORT MUST BE SIGNED

AUTHORIZED SIGNATURE

TITLE President

OWNER-PARTNER-OFFICER

NOV 30 2007

CC-202-R 7/0

Employer Number:   8684   MORRISON COMMUNICATION COMPANY
1480 INDUSTRIAL DR
UNIT B
ITASCA            IL 60143

Current Discrepancy Balance:     3170.74

|     | Cont Mth. | Receipt Date | Adj/Rcp Number | Billed Amount | Receipt Amount | Balance | Original Receipt | St |
|-----|-----------|--------------|----------------|---------------|----------------|---------|------------------|-----|
| 1)  | 9/2007    | 11/30/2007   | 172013         | 2379.99       | .00            | 2379.99 | 758402           | O  |
| 2)  | 10/2007   | 11/30/2007   | 172014         | 790.75        | .00            | 790.75  | 758403           | O  |

Enter Line Number:

```
Employer Number:   8684   MORRISON COMMUNICATION COMPANY
                           1480 INDUSTRIAL DR
                           UNIT B
                           ITASCA          IL 60143
Current LD/IC Balance:     $1026.73
```

| | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|---|---|---|---|---|---|---|---|---|
| 1) | 3/2007 | 6/19/2007 | 167609 | $100.47 | $.00 | $100.47 | 725278 | O |
| 2) | 4/2007 | 7/17/2007 | 168536 | $100.42 | $.00 | $100.42 | 729945 | O |
| 3) | 5/2007 | 9/04/2007 | 170371 | $142.57 | $.00 | $142.57 | 738656 | O |
| 4) | 6/2007 | 11/20/2007 | 172248 | $217.63 | $.00 | $217.63 | 755113 | O |
| 5) | 7/2007 | 11/30/2007 | 172249 | $172.86 | $.00 | $172.86 | 758397 | O |
| 6) | 8/2007 | 11/30/2007 | 172250 | $167.56 | $.00 | $167.56 | 758401 | O |
| 7) | 9/2007 | 11/30/2007 | 172251 | $102.55 | $.00 | $102.55 | 758402 | O |
| 8) | 10/2007 | 11/30/2007 | 172252 | $22.67 | $.00 | $22.67 | 758403 | O |

Enter Line Number:

# Exhibit C

**Exhibit   C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 07 C 6313 |
| | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | |
| BRAND XPERIENCE LLC d/b/a MORRISON COMMUNICATION CO. | ) ) | |
| | ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.     I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.     I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.     I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.     The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.    The attorneys that worked on this file have devoted 8.0 hours in connection with the this case at the rate of $170.00 and $175.00 per hour.  The total attorney fees billings is $1,407.50.

6.    In addition, the filing fee was $350.00 and the fees for service of process were an additional $160.00.  These costs total $510.00.

7.    I certify that the attached detailed attorney fees and costs totaling $1,773.50 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  January 31, 2008


s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

1/31/2008                         WHITFIELD, McGANN & KETTERMAN
1:47 PM                                    Slip Listing                              Page          1

---

Selection Criteria

---

| Case (hand select) | Include: CTF-C./N7530/08684 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7530/08684 |
| Slip.Transaction Ty | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 348750      TIME<br>10/29/2007<br>Billed    G:72247    11/1/2007<br>Telephone call to Company regarding delinquent contributions. | KEM<br>Billable<br>CTF-C./N7530/08684 | 0.25<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 42.50 |
| 348751      TIME<br>10/30/2007<br>Billed    G:72247    11/1/2007<br>Review referral from Trust Fund regarding delinquent and unpaid reports; Review prior correspondence to defendant re Collective Bargaining Agreement and Trust Agreement obligation; Meeting with Daniel McAnally regarding legal strategy; Research Illinois Secretary of States for database corporate status and registered agent information for proper service of summons and complaint; Prepared complaint for Trust Fund claims pursuant to ERISA, 29 usc section 1132. | KEM<br>Billable<br>CTF-C./N7530/08684 | ~~2.5~~ *2.0*<br>0.00<br>0.00 | ~~170.00~~ *170 —*<br>T@7 | ~~680.00~~ *340* |
| 349092      TIME<br>10/30/2007<br>Billed    G:72247    11/1/2007<br>Computer Research Fees/CD ROM | CPW<br>Lexis<br>CTF-C./N7530/08684 | ~~.5~~<br>0.00<br>0.00<br>0.00 | ~~170.00~~<br>A@1 | ~~..0~~ |
| 349217      TIME<br>11/2/2007<br>Billed    G:72472    12/3/2007<br>Telephone conversation with Rich Oginski as to whay we have payments from months in which there are no reports. Review referral from Trust Fund regarding delinquent and unpaid reports; Review prior correspondence to defendant re Collective Bargaining Agreement and Trust Agreement obligation; | KEM<br>Billable<br>CTF-C./N7530/08684 | ~~.5~~<br>0.00<br>0.00<br>0.00 | ~~170.00~~<br>T@7 | ~~..0~~ |
| 349850      TIME<br>11/16/2007<br>Billed    G:72472    12/3/2007<br>Telephone conversation with James | KEM<br>Billable<br>CTF-C./N7530/08684 | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 85.00 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Makesmyu regarding Company status and settlement options.  Read and reveiw file for status. | | | | |
| 350119          TIME<br>11/26/2007<br>Billed          G:72472          12/3/2007<br>Various telephone calls with president of company regarding reports and timeline for settlement.  Read and review conrtibution reports and send same to Rich Oginski. Follow up call with Company. | KEM<br>Billable<br>CTF-C./N7530/08684 | 1.00<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 170.00 |
| 350244          TIME<br>11/29/2007<br>Billed          G:72472          12/3/2007<br>Reveiw settlement offer from Company. Telephone call to Trust Fund Manager James T. Rosemeyer regarding same. | KEM<br>Billable<br>CTF-C./N7530/08684 | 0.75<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 127.50 |
| 350473          TIME<br>11/30/2007<br>Billed          G:72472          12/3/2007<br>Review settlement offer from Company. Telephone call to Trust Fund Manager James T. Rosemeyer regarding same. Telephone conversation with company regarding reciept and review of request. | KEM<br>Billable<br>CTF-C./N7530/08684 | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 85.00 |
| 351293          TIME<br>12/13/2007<br>Billed          G:72651          1/8/2008<br>Telephone conversation with James Maksymiu regarding proposed terms of settlement.  Telephone call to Trust Fund Manager James T. Rosemeyer regarding same. | KEM<br>Billable<br>CTF-C./N7530/08684 | 0.50<br>0.00<br>0.00<br>0.00 | 170.00<br>T@7 | 85.00 |
| 352371          TIME<br>1/25/2008<br>WIP<br>Review file for current status; develop legal strategy. | DPM<br>Billable<br>CTF-C./N7530/08684 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 352368          TIME<br>1/28/2008<br>WIP<br>Telephone conversation with Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds and Trust Fund employee, Richard Oginski regarding status; $31,000 is outstanding. | DPM<br>Billable<br>CTF-C./N7530/08684 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |

1/31/2008                          WHITFIELD, McGANN & KETTERMAN
1:47 PM                                      Slip Listing                                          Page        3

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 352369 | TIME | DPM | ▬▬ | ▬▬▬0 | ▬▬00 |
| 1/28/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7530/08684 | 0.00 | | |
| ~~Prepare motion for leave to file~~ | | | 0.00 | | |
| 352370 | TIME | DPM | ▬▬ | ▬▬▬0 | ▬▬5 |
| 1/28/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7530/08684 | 0.00 | | |
| ~~Prepare for court status/motion hearing;~~ | | | 0.00 | | |
| 352419 | TIME | DPM | ▬▬ | ▬▬▬0 | ▬▬ |
| 1/29/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7530/08684 | 0.00 | | |
| ~~Attend court appearance at the U.S. District~~ | | | 0.00 | | |
| 352604 | TIME | DPM | 2.00 | 175.00 | 350.00 |
| 1/31/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7530/08684 | 0.00 | | |
| Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | | | 0.00 | | |

Grand Total

| | | Billable | ▬▬ | ▬▬▬▬ |
|---|---|---|---|---|
| | | Unbillable | 0.00 | 0.00 |
| | | Total | ▬▬ | ▬▬ |

*(Handwritten notes at bottom of page:)*

Attorney Billings {  5.5 @ $170 = 935 —
                     2.5 @ $175 = 472.50
                                 $ 1,407.50

Filing Fee _____ 350 —
Process Server _____ 160 —
                                 $ 1,773.50

**STERN PROCESS & INVESTIGATION, LLC**
205 W. RANDOLPH ST 1210
Tax ID  04-3801615
CHICAGO, IL, 60606          Phone (312)-853-2150    Fax  (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700   Fax: (312)-251-9701

## Invoice#    168718

Date Of Invoice:    11/30/2007

Plaintiff: The Trustees of the Chicago Regional Council of Carpenters Pension Fund

Court CaseID:    07C6313       Firm# KARL          Case Returned Date:  12/7/07

County:          UNITED STATES DISTRICT COURT

Process Server:    BARNETT S. KOLTON              ProcessType:    SUMMONS AND COMPLAINT

| Defendant:#1  BRAND XPERIENCE LLC DBA MORRISON | Type Of Service:  CORPORATE SERVICE |
|---|---|
| Person Served:    JAMES MAKSYMIU, REGISTERED | Date Of Service:  11/29/2007   Time:  5:50 PM |
| Sex  MALE     Age  41     Height 6' 1"    Build  MEDIUM    Hair Color  BROWN     Race  WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:    Time: |
| Sex     Age     Height     Build     Hair Color     Race | |

Location   995  HUNTER CT  , DEERFIELD, IL, 60015          Type Of Premise:

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |

**Total:**     **$55.00**

Date Received          Check No          Amount Received          $0.00

Balance Due          $55.00

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone  (312)-853-2150     Fax   (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700   Fax: (312)-251-9701

## Invoice#     167937

Date Of Invoice:    11/15/2007

Plaintiff: The Trustees of the Chicago Regional Council of Carpenters Pension Fund

| | | |
|---|---|---|
| Court CaseID: | 07C6313     Firm#  KARL | Case Returned Date:   12/7/07 |
| County: | UNITED STATES DISTRICT COURT | |
| Process Server: | KEITH R. BOCKELMANN | ProcessType:    SUMMONS AND COMPLAINT |

| | | |
|---|---|---|
| Defendant:#1   BRAND XPERIENCE LLC DBA MORRISON | Type Of Service:   NON-SERVICE | |
| Person Served: | Date Of Service:   11/12/2007 | Time:  3:12 PM |
| Sex        Age        Height        Build | Hair Color | Race |

| | | |
|---|---|---|
| Defendant:#2 | Type Of Service: | |
| Person Served: | Date Of Service: | Time: |
| Sex        Age        Height        Build | Hair Color | Race |

Location   1000  THORNDALE AVE  , ELK GROVE VILLAGE ,      Type Of Premise:    BUSINESS

| | | | |
|---|---|---|---|
| Delivery Charge | $0.00 | Rush | $0.00 |
| Bad Address | $55.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $50.00 | Advanced fees | $0.00 |

|  | |
|---|---|
| **Total:** | **$105.00** |

| | | |
|---|---|---|
| Date Received | Check No | |
| | Amount Received | $0.00 |
| | Balance Due | $105.00 |

### INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
### PAYABLE UPON RECEIPT, 2% PER MONTH

I MADE CONTACT WITH ANGIE STARNES (F/B/36), THE RECEIVING SUPERVISOR AT THE ADDRESS. I WAS TOLD THAT MORRISON COMMUNICATIONS MOVED ABOUT EIGHT MONTHS AGO AND THAT THE CURRENT BUSINESS IS ECO LABS (SIGNAGE AND TRUCKS OUTSIDE, 1-800-35 CLEAN). THE CURRENT LOCATION FOR MORRISON WAS NOT KNOWN.  BAD ADDRESS, UNABLE TO SERVE. A SKIPTRACE LOCATED THE REGISTERED AGENT TO 995 HUNTER CT, DEERFIELD, IL 60015. SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

ClientCaseID:   KARL
Law Firm ID:    WHITFIEL


*167937A*

CaseReturnDate:   12/7/07

**Affidavit of  SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT

Case Number **07C6313**

I, **KEITH R. BOCKELMANN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **BRAND XPERIENCE LLC DBA MORRISON COMMUNICATION CO**
I HAVE ATTEMPTED TO SERVE      **SUMMONS AND COMPLAINT**
AT THE LOCATION  **1000  THORNDALE AVE**                      **ELK GROVE VILLAGE , IL, 60007**
BEING A       **BUSINESS**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

I MADE CONTACT WITH ANGIE STARNES (F/B/36), THE RECEIVING SUPERVISOR AT THE ADDRESS. I WAS TOLD THAT MORRISON COMMUNICATIONS MOVED ABOUT EIGHT MONTHS AGO AND THAT THE CURRENT BUSINESS IS ECO LABS (SIGNAGE AND TRUCKS OUTSIDE, 1-800-35 CLEAN). THE CURRENT LOCATION FOR MORRISON WAS NOT KNOWN.  BAD ADDRESS, UNABLE TO SERVE. A SKIPTRACE LOCATED THE REGISTERED AGENT TO 995 HUNTER CT, DEERFIELD, IL 60015.  SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.

Date Of Last Attempt    **11/12/07**              Time      **3:12 PM**

KEITH R. BOCKELMANN                                              11/15/2007
**SPECIAL PROCESS SERVER**
P.E.R.C.  0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.