IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>BRAND XPERIENCE LLC d/b/a MORRISON COMMUNICATION CO.<br><br>    Defendant. | Case No. 07 C 6313<br>Judge Coar |

## NOTICE OF FILING

James Maksymiu
BRAND XPERIENCE LLC
d/b/a MORRISON COMMUNICATION CO.
995 Hunter Court
Deerfield, IL 60015

 PLEASE TAKE NOTICE that on January 31, 2008, I shall cause to be filed at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604 the following documents:

Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008 I caused a copy of the foregoing documents to be filed electronically with the Clerk of the Court through the ECF system and served via regular mail to the person/s to who said Notice is directed, s/Daniel P. McAnally.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BRAND XPERIENCE LLC d/b/a MORRISON COMMUNICATION CO.,<br><br>　　　　　　Defendant. | Case No. 07 C 6313<br><br>Judge Coar |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.　I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.　The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.　Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.　Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.      The Defendant submitted the contribution reports for the period September 2007 through October 2007 but did not pay the contributions. The reports show that $3,009.86 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $160.96 for the period September 2007 through October 2007.

6.      Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $1,026.73 for the period March 2007 through October 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:       January 31, 2008

Signature:  _James Rosen_