# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Trustees of the Chicago Regional Council of Carpenters
Pension Fund, The, et al.

                                     Plaintiff,

v.

                                     Case No.:
                                     1:07−cv−06313
                                     Honorable David
                                     H. Coar

Brand Xperience LLC

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 2/7/2008 regarding motion for default judgment, [9] ; Status hearing held on 2/7/2008.Motion for default judgment [9] is withdrawn. Status hearing continued to 3/4/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.