IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6313 |
| v. | ) ) ) | Judge Coar |
| BRAND XPERIENCE LLC d/b/a MORRISON COMMUNICATION CO. | ) ) ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY DISMISSAL

To:   James Maksymiu
      BRAND XPERIENCE LLC
      d/b/a MORRISON COMMUNICATION CO.
      995 Hunter Court
      Deerfield, IL 60015

   PLEASE TAKE NOTICE that on February 26, 2008, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action with prejudice.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
    Attorney for Plaintiffs


Certificate of Service
   I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person/s to who said Notice is directed on February 26, 2008.

Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288